

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 22, 2020

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  <u>United States v. Ramon Peralta</u>
      20 Mag. 7633

Dear Judge McCarthy:

The defendant in the above-referenced Complaint was arrested this morning. Accordingly, the Government requests that the Complaint be unsealed.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

**SO ORDERED:**

_____ 7-22-20
JUDITH C. McCARTHY
United States Magistrate Judge