UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Ramon Peralta

                                        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag 7633

Defendant ___**RAMON PERALTA**_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

___X    Initial Appearance Before a Judicial Officer

__      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___X    Bail/Detention Hearing

___     Conference Before a Judicial Officer


/s/ Ramon Peralta
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____/S/_____
Defendant's Counsel's Signature


_____Ramon Peralta_____
Defendant's Name

_Susanne Brody
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___7/22/2020_____
Date

_Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge